

**STEIN | SAKS, PLLC**

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲
NAKICHA JOSEPH ▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

March 5, 2021

<u>Via CM/ECF</u>
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York

      Re:    <u>Angeles v. Restauranttory, LLC</u>
              Case #: 1:20-cv-9328

Dear Judge Caproni:

      We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for March 12, 2021, at 10:00am be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

      The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address.

      We thank Your Honor and the Court for its kind considerations and courtesies. We thank Your Honor and the Court for its kind considerations and courtesies.

cc:    All Counsel of Record via ECF

Respectfully submitted,

<u>s/ Mark Rozenberg</u>
Mark Rozenberg, Esq.

Application DENIED. Defendant's time to answer the complaint is stayed pending the initial pretrial conference which is scheduled for **March 12, 2021.** See Dkt. 5. The initial pretrial conference is adjourned *sine die*. If Defendant has not appeared or answered by **March 12, 2021**, Plaintiff must move again for default judgment consistent with the Undersigned's individual practices.

SO ORDERED.

*[signature]*    3/5/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE